ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Citigroup, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CASHORE, JR., | Case No.: 2:15-cv-02057-RFB-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME CITIGROUP, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| CITIGROUP, INC., | **(FIRST REQUEST)** |
| Defendants. | |

The parties respectfully submit the following Stipulation to allow Defendant Citigroup, Inc. fourteen additional days from the date of entry of this order to file a responsive pleading to Plaintiff John Cashore's (**Plaintiff**) complaint. Plaintiff filed his complaint on October 26, 2015. ECF No. 1. Pursuant to Stipulation of the parties, Citigroup shall have until February 25, 2016 to file a responsive pleading. This stipulation is in order to address current time constraints on defense counsel, and to provide additional time for the parties to reach settlement.

/ / /

{37535820;1}

This is the parties' first request for an extension.

DATED this 11th day of February, 2016.

| **HAINES & KRIEGER, LLC** | **AKERMAN LLP** |
|---|---|
| /s/ *David Krieger*<br>DAVID H. KRIEGER, ESQ.<br>HAINES & KRIEGER, LLC<br>Nevada Bar No, 9086<br>8985 S. Eastern Avenue, Suite 130<br>Las Vegas, NV 89123<br><br>*Attorney for Plaintiff* | /s/ *Matthew Knepper*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MATTHEW I. KNEPPER, ESQ.<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Citigroup, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** February 22, 2016