UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN CASHORE, JR., <br><br> Plaintiff, <br> v. <br><br> CITIGROUP, INC., <br><br> Defendant. | Case No. 2:15-cv-02057-RFB-PAL <br><br> ORDER |

Before the court is the Notice of Settlement Between Plaintiff and Defendant (ECF No. 15). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days. Accordingly,

**IT IS ORDERED** that the parties shall have until **December 12, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 13th day of October, 2016.

PEGGY A. LEEN  
UNITED STATES MAGISTRATE JUDGE