David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
JOHN CASHORE, JR.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CASHORE, JR., | CASE NO. **2:15-cv-02057-RFB-PAL** |
| Plaintiff, | **STATUS REPORT ON NOTICE OF SETTLEMENT** |
| vs. | |
| CITIGROUP, INC., | |
| Defendant. | |

On or about 10/12/2016, JOHN CASHORE, JR. (the "Plaintiff") and

CITIGROUP, INC. (the "Defendant" or "CITI")(hereinafter collectively the "Settling

Parties") settled their respective disputes in this matter.

Pursuant to the Court's Order entered on October 14, 2016, the Settling Parties

were to file dismissal paperwork by December 12, 2016, or provide a status report

outlining what is impeding settlement and full resolution in this matter.  See **ECF No.**

**17**.

While dismissal paperwork has not yet been filed, the Settling Parties have

negotiated the final terms of a proposed settlement agreement and the settlement terms

have been executed.  The Plaintiff is only awaiting Citi's final compliance with the settlement terms before a dismissal is filed and expects this to take no more than 30 days.

The Settling Parties expect to have all outstanding settlement issues resolved within thirty (30) days.

Respectfully submitted December 12, 2016

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
 (702) 880-5554
dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
**JOHN CASHORE, JR.**

IT IS SO ORDERED the parties shall have until January 12, 2017, to file their stipulation to dismiss, or a joint status report advising when the stipulation will be received.

United States Magistrate Judge
Dated: December 13, 2016

CLAC 2198064.1